# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SPECIALIZED MONITORING SOLUTIONS LLC, §§§ | |
| *Plaintiff*, § | CIVIL ACTION NO. 2:17-cv-00770 |
| v. §§ | |
| § | **JURY TRIAL DEMANDED** |
| AT&T, INC. and §§§ AT&T DIGITAL LIFE, INC., | |
| *Defendant*. | |

## JOINT MOTION TO DISMISS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Specialized Monitoring Solutions, LLC ("SMS") and Defendant AT&T Digital Life, Inc. ("AT&T"), hereby jointly move for dismissal *with prejudice* of all claims by SMS against AT&T.

The parties further move this Court to order that all costs and expenses relating to this litigation up to the time of dismissal shall be borne by the party incurring same. A proposed Order accompanies this Motion pursuant to Local Court Rule CV-7(a).

Dated: July 23, 2018

Respectfully submitted by,

*/s/ Daniel L. Schmid*
Andrew G. DiNovo
Texas State Bar No. 00790594
adinovo@dinovoprice.com
Daniel L. Schmid
Texas State Bar No. 24093118
dschmid@dinovoprice.com
**DINOVO PRICE LLP**
7000 N. MoPac Expressway, Suite 350
Austin, TX 78731
Telephone: (512) 539-2626
Telecopier: (512) 539-2627

*Counsel for Plaintiff*
*Specialized Monitoring Solutions, LLC*

Dated: July 23, 2018    Respectfully submitted by,

*/s/   Matthew S. Yungwirth*
Harry L. Gillam, Jr.
Texas State Bar No. 07921800
gil@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

L. Norwood Jameson
Georgia Bar No. 003970
wjameson@duanemorris.com
Matthew S. Yungwirth
Georgia Bar No. 783597
msyungwirth@duanemorris.com
David C. Dotson
Georgia Bar No. 138040
dcdotson@duanemorris.com
Sajid Saleem
Georgia Bar No. 382996
ssaleem@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, Suite 2000
Atlanta, Georgia 30309
Telephone: (404) 253-6900
Facsimile:  (404) 253-6901

*Counsel For Defendant AT&T Digital Life, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 23, 2018, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service through the Court's CM/ECF system under Local Rule CV-5(a).

/s/ *Daniel L. Schmid*
Daniel L. Schmid